Joel D. Odou
Nevada Bar No. 7468
Kyle J. Hoyt
Nevada Bar No. 14886
Alexandra J. Matloff
Nevada Bar No. 16109
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
jodou@wshblaw.com
khoyt@wshblaw.com
amatloff@wshblaw.com

Attorneys for Knight Transportation, Inc.,
Knight-Swift Transportation Holdings, Inc. and
Joseph Hayes

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES PATRICK VESSELLS,<br><br>   Plaintiff,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC.; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; JOSEPH HAYES; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>   Defendants. | Case No. 2:23-cv-00404-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT**<br><br>Trial Date:        None Set |

Plaintiff JAMES PATRICK VESSELLS and Defendants KNIGHT TRANSPORTATION, INC.; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; JOSEPH HAYES (collectively "Defendants") by and through their undersigned counsel, stipulate and agree that Plaintiff's complaint is to be dismissed, with prejudice and with each party to bear their attorneys' fees and costs.

/ / /

/ / /

33717287.1:10092-0111

**IT IS SO STIPULATED.**

DATED this 12th day of July, 2024.   DATED this 12th day of July 2024.

WOOD, SMITH, HENNING & BERMAN LLP   GOLIGHTLY & VANNAH, PLLC

By: /s/Kyle J. Hoyt   By: /s/John B. Greene

JOEL D. ODOU
Nevada Bar No. 7468
KYLE J. HOYT
Nevada Bar No. 14886
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendants Knight Transportation, Inc., Knight-Swift Transportation Holdings, Inc., and Joseph Hayes*

JOHN B. GREENE, ESQ.
Nevada Bar No.: 4279
ROBERT D. VANNAH, ESQ.
Nevada Bar No.: 2503
5555 Kietzke Lane, Suite 150
Reno, NV 89511
*Attorneys for Plaintiff*

## ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is dismissed, with prejudice, in Case No. 2:23-cv-00404-GMN-EJY. The parties are to bear their own attorney fees and costs.

**IT IS SO ORDERED**. The Clerk of Court is kindly instructed to close the case.

Dated this  15  day of July, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT